

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                      312-435-5670
**Clerk**

Date: 11/12/2025

James Edward Judge
Flener IP and Business Law
77 W. Washington St.
Suite 800
Chicago, IL 60602

Re: SS Inc. v. The Partnerships and Unincorporated Associations Identified in Schedule A
USDC Case Number: 1:25-cv-13836

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Rev. 11/18/2016

Please provide this information within ten (10) days of today's date.

                                                  Sincerely yours,

                                                  Thomas G. Bruton, Clerk

                                                  By: /s/ R. Cornejo
                                                          Deputy Clerk