**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SIG SAUER INC., | |
| Plaintiff, | |
| v. | Case No. 25-cv-13836 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | Judge Elaine E. Bucklo<br>Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Sig Sauer, Inc. ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Alternative Service (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Plaintiff's Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Trademarks. *See* Docket No. 9-4 to 9-26, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Trademarks. A list of the Plaintiff's Trademarks is included in the below chart.

**Trademarks**

| Reg. No. | Trademark | Issue Date | International Class |
|---|---|---|---|
| 5,798,888 |  | Jul. 09, 2019 | Class 9 and 25 |
| 5,418,644 | JULIET | Mar. 06, 2018 | Class 9 |
| 5,046,150 | ROMEO | Sep. 20, 2016 | Class 9 |
| 3,012,469 | SIG SAUER | Nov. 08, 2005 | Class 8, 13, and 28 |
| 5,073,823 | TANGO | Nov. 01, 2016 | Class 9 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Stephen I. Brodsky in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte*

Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a.  using the Plaintiff's Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2.  Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.    Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba," "AliExpress," and/or "AliPay"); LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"); Payoneer Global Inc. ("Payoneer"); PayPal Holdings, Inc. ("PayPal"); Stripe Inc. ("Stripe") or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA) (collectively, the "Payment Processors").

4.      The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

5.      Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, AliEpress, eBay, inc. ("eBay"), and PDD Holdings ("Temu"), (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

5

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, LianLian, PayPal, Payoneer, Stripe, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6.    Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Trademarks.

7.    Any Third-Party Providers and Payment Processors, including Alibaba, AliExpress, eBay, Temu, LianLian, PayPal, Payoneer, and Stripe, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

8.    Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order,

and other relevant documents on a website and/or by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Yingtan City Aoxiang Optics Co., Ltd. and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9.     Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

10.    Plaintiff's Complaint [5], Schedule A [5-1], Exhibit 1 to the Complaint [5-2], Motion for Temporary Restraining Order [9] and the Memorandum in support of the Motion [9-1], the Declaration of Stephen I. Brodsky [9-2] and associated Exhibits 1 [9-3] and 2 [9-4 to 9-26], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

11.    Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court $10,000, either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

13.     This Temporary Restraining Order without notice is entered at __9:45__ A.M. on this __20th__

day of __November__ 2025 and shall remain in effect for fourteen (14) calendar days. Any motion

to extend this Order must be filed by 11/26/2025.

_Elaine E. Bucklo_____

Elaine E. Bucklo
United States District Judge

**SCHEDULE A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Yingtan City Aoxiang Optics Co., Ltd. | aoxiang | https://aoxiang.en.alibaba.com |
| 2 | Shenzhen Zhihao Yuan Technology Co., Ltd. | cnist | https://cnist.en.alibaba.com |
| 3 | Shenzhen Ehighy Technology Co., Ltd. | ehighy | https://ehighy.en.alibaba.com |
| 4 | Nantong Dige Trading Co., Ltd. | hawkeye | https://hawkeye.en.alibaba.com |
| 5 | Jinhua Lucki Industry And Trade Company Limited | luckitech | https://luckitech.en.alibaba.com |
| 6 | Linyi Fengyuzhe Outdoor Products Co., Ltd. | lyfyzhw | https://lyfyzhw.en.alibaba.com |
| 7 | Nantong Haoke Outdoor Products Co., Ltd. | nthaoke | https://nthaoke.en.alibaba.com |
| 8 | Nantong Keming Metal Products Co., Ltd. | ntkeming | https://ntkeming.en.alibaba.com |
| 9 | Nanjing Trick Shot Outdoor Equipment Manufacturing Co., Ltd. | trickshot | https://trickshot.en.alibaba.com |
| 10 | Wuhan Yanzhu Technology Co., Ltd. | typhonoutdoor | https://typhonoutdoor.en.alibaba.com |
| 11 | Shenzhen Wanshiyi Technology Co., Ltd. | wanshiyi | https://wanshiyi.en.alibaba.com |
| 12 | Shenzhen Xingzhiying Technology Co., Ltd. | xingzhiying | https://xingzhiying.en.alibaba.com |
| 13 | Yiwu Juyi Import And Export Co., Ltd. | ywjyxy | https://ywjyxy.en.alibaba.com |
| 14 | OPP TACTICAL Official Store | 1100388828 | https://www.aliexpress.com/store/1100388828 |
| 15 | Yiwu Tucheng Outdoor Products Store | 1100435478 | https://www.aliexpress.com/store/1100435478 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 16 | topsell Store | 1101318847 | https://www.aliexpress.com/store/1101318847 |
| 17 | Grotac Store | 1101408802 | https://www.aliexpress.com/store/1101408802 |
| 18 | lambul Store | 1101417505 | https://www.aliexpress.com/store/1101417505 |
| 19 | Hunting outdoors Store | 1101543162 | https://www.aliexpress.com/store/1101543162 |
| 20 | Extreme Tactical Store | 1101550410 | https://www.aliexpress.com/store/1101550410 |
| 21 | EWOLF Store | 1101575180 | https://www.aliexpress.com/store/1101575180 |
| 22 | AE Tactical Store | 1101588458 | https://www.aliexpress.com/store/1101588458 |
| 23 | SNI Outdoor Supplies Store | 1101727481 | https://www.aliexpress.com/store/1101727481 |
| 24 | evolutiongear99 store Store | 1101728619 | https://www.aliexpress.com/store/1101728619 |
| 25 | ESD JIANGHU High Quality Optical Sight Official Store | 1101802849 | https://www.aliexpress.com/store/1101802849 |
| 26 | Tachunt Store | 1101876224 | https://www.aliexpress.com/store/1101876224 |
| 27 | Original Gear Official Store | 1102015151 | https://www.aliexpress.com/store/1102015151 |
| 28 | Tactical Mount Store | 1102122843 | https://www.aliexpress.com/store/1102122843 |
| 29 | HAWKEYE Hunting Store Store | 1102132560 | https://www.aliexpress.com/store/1102132560 |
| 30 | Tactical Supplies Store | 1102140882 | https://www.aliexpress.com/store/1102140882 |
| 31 | Hunting Bags Store | 1102174980 | https://www.aliexpress.com/store/1102174980 |
| 32 | EasonTac Store | 1102196652 | https://www.aliexpress.com/store/1102196652 |
| 33 | SPECPRECISION Official Store | 1102208605 | https://www.aliexpress.com/store/1102208605 |
| 34 | Tactical Outdoor Store Store | 1102423719 | https://www.aliexpress.com/store/1102423719 |
| 35 | CS Tactical-Gear Store | 1102455570 | https://www.aliexpress.com/store/1102455570 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 36 | RAF TACTICAL Official Store | 1102455727 | https://www.aliexpress.com/store/1102455727 |
| 37 | YAN YAN Hunting Expert Store | 1102456512 | https://www.aliexpress.com/store/1102456512 |
| 38 | High-end Optics Store | 1102563121 | https://www.aliexpress.com/store/1102563121 |
| 39 | Tactical Airsoft Store | 1102812551 | https://www.aliexpress.com/store/1102812551 |
| 40 | VORETX Store | 1103016268 | https://www.aliexpress.com/store/1103016268 |
| 41 | TV Backlight Strip Accessories Store | 1103051135 | https://www.aliexpress.com/store/1103051135 |
| 42 | Original Optics Store | 1103059527 | https://www.aliexpress.com/store/1103059527 |
| 43 | Yuvfireer Store | 1103136095 | https://www.aliexpress.com/store/1103136095 |
| 44 | SOTAC-GEAR Official Store | 1103229018 | https://www.aliexpress.com/store/1103229018 |
| 45 | Explorer Hunting Equipment Store | 1103336071 | https://www.aliexpress.com/store/1103336071 |
| 46 | Weapon Gear Store | 1103506371 | https://www.aliexpress.com/store/1103506371 |
| 47 | Shop1103525328 Store | 1103530764 | https://www.aliexpress.com/store/1103530764 |
| 48 | Weapon Scope Store | 1103535872 | https://www.aliexpress.com/store/1103535872 |
| 49 | Shop1103575008 Store | 1103570021 | https://www.aliexpress.com/store/1103570021 |
| 50 | Shop1103573483 Store | 1103576429 | https://www.aliexpress.com/store/1103576429 |
| 51 | Omni-Tac Hunting Store | 1103592796 | https://www.aliexpress.com/store/1103592796 |
| 52 | MIL TACTICAL Store | 1103597796 | https://www.aliexpress.com/store/1103597796 |
| 53 | EOTAC TACTICAL GEAR Store | 1103680048 | https://www.aliexpress.com/store/1103680048 |
| 54 | Original Gear Store | 1103716408 | https://www.aliexpress.com/store/1103716408 |
| 55 | RedA tactical Official Store | 1103864889 | https://www.aliexpress.com/store/1103864889 |
| 56 | AQzxdc Top Tactical Gear Store | 1103994602 | https://www.aliexpress.com/store/1103994602 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 57 | Shop1103995506 Store | 1103999489 | https://www.aliexpress.com/store/1103999489 |
| 58 | Optical Scope Store | 1104001356 | https://www.aliexpress.com/store/1104001356 |
| 59 | Shop1104053236 Store | 1104053237 | https://www.aliexpress.com/store/1104053237 |
| 60 | Shop1104059194 Store | 1104055191 | https://www.aliexpress.com/store/1104055191 |
| 61 | Weapon Unit Store | 1104079377 | https://www.aliexpress.com/store/1104079377 |
| 62 | Optical Scopes Store | 1104080366 | https://www.aliexpress.com/store/1104080366 |
| 63 | Shop1104205565 Store | 1104214516 | https://www.aliexpress.com/store/1104214516 |
| 64 | Shop1104337278 Store | 1104334211 | https://www.aliexpress.com/store/1104334211 |
| 65 | Shop1104591073 Store | 1104591074 | https://www.aliexpress.com/store/1104591074 |
| 66 | Shop1104626910 Store | 1104626911 | https://www.aliexpress.com/store/1104626911 |
| 67 | Shop1104665669 Store | 1104673017 | https://www.aliexpress.com/store/1104673017 |
| 68 | cybertradewave | acardecoration | https://www.ebay.com/usr/acardecoration |
| 69 | advencedoptics | advencedoptics | https://www.ebay.com/usr/advencedoptics |
| 70 | alphaoptics | alphaoptics | https://www.ebay.com/usr/alphaoptics |
| 71 | anones | anones | https://www.ebay.com/usr/anones |
| 72 | anpossd | anpossd | https://www.ebay.com/usr/anpossd |
| 73 | april-4-yo | aprilyoshop | https://www.ebay.com/usr/aprilyoshop |
| 74 | aspiretoagreatcareer | aspiretoagreatcareer | https://www.ebay.com/usr/aspiretoagreatcareer |
| 75 | usmart-store | ausmarts_store | https://www.ebay.com/usr/ausmarts_store |
| 76 | autopower02 | autopower02 | https://www.ebay.com/usr/autopower02 |
| 77 | bestopticsdepot | bestopticsdepot | https://www.ebay.com/usr/bestopticsdepot |
| 78 | blackhawkoptics | blackhawkoptics | https://www.ebay.com/usr/blackhawkoptics |
| 79 | bravaoptics | bravaoptics | https://www.ebay.com/usr/bravaoptics |
| 80 | circuitswifts | circuitswifts | https://www.ebay.com/usr/circuitswifts |
| 81 | cmyshishu | cmyshishu | https://www.ebay.com/usr/cmyshishu |
| 82 | condooptics | condooptics | https://www.ebay.com/usr/condooptics |
| 83 | condoroptics | condoroptics | https://www.ebay.com/usr/condoroptics |
| 84 | crownoptics | crownoptics | https://www.ebay.com/usr/crownoptics |
| 85 | cyc-00 | cyc00 | https://www.ebay.com/usr/cyc00 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 86 | cyx*01 | cyx01 | https://www.ebay.com/usr/cyx01 |
| 87 | precisionopticshub | cyx04 | https://www.ebay.com/usr/cyx04 |
| 88 | tingzing | didacathealth | https://www.ebay.com/usr/didacathealth |
| 89 | eagleoptics | eagleoptics | https://www.ebay.com/usr/eagleoptics |
| 90 | eoug6007 | eoug6007 | https://www.ebay.com/usr/eoug6007 |
| 91 | Fast-optics | fastoptics | https://www.ebay.com/usr/fastoptics |
| 92 | fataloptics | fataloptics | https://www.ebay.com/usr/fataloptics |
| 93 | tingtings | fearathehealth | https://www.ebay.com/usr/fearathehealth |
| 94 | Sport*supone | flyinggreenfuture | https://www.ebay.com/usr/flyinggreenfuture |
| 95 | frenzyoptics | frenzyoptics | https://www.ebay.com/usr/frenzyoptics |
| 96 | glkas_9 | glkas_9 | https://www.ebay.com/usr/glkas_9 |
| 97 | Fearathe Capsules | h8mner-33 | https://www.ebay.com/usr/h8mner-33 |
| 98 | havying | havying | https://www.ebay.com/usr/havying |
| 99 | phamthanhan | hotspotstore1 | https://www.ebay.com/usr/hotspotstore1 |
| 100 | hydraoptics | hydraoptics | https://www.ebay.com/usr/hydraoptics |
| 101 | hyperion-sight | hyperion-sight | https://www.ebay.com/usr/hyperion-sight |
| 102 | Bunkell Minerals | litingkeji | https://www.ebay.com/usr/litingkeji |
| 103 | luckinoptics | luckinoptics | https://www.ebay.com/usr/luckinoptics |
| 104 | lunaoptics | lunaoptics | https://www.ebay.com/usr/lunaoptics |
| 105 | mago*mago | magmago | https://www.ebay.com/usr/magmago |
| 106 | MG TAC | magomago | https://www.ebay.com/usr/magomago |
| 107 | magotac | magotac | https://www.ebay.com/usr/magotac |
| 108 | marksma42 | marksma42 | https://www.ebay.com/usr/marksma42 |
| 109 | Century Bainer Outdoor Tactics | mingyang1003 | https://www.ebay.com/usr/mingyang1003 |
| 110 | modascope | modascope | https://www.ebay.com/usr/modascope |
| 111 | modernnestmarkets | modernnestmarkets | https://www.ebay.com/usr/modernnestmarkets |
| 112 | motorparters | motorparters | https://www.ebay.com/usr/motorparters |
| 113 | motors_malls | motorsmalls | https://www.ebay.com/usr/motorsmalls |
| 114 | nanjing555 | nanjing555 | https://www.ebay.com/usr/nanjing555 |
| 115 | nantongmeizhijieshen-0 | nantongmeizhijieshen-0 | https://www.ebay.com/usr/nantongmeizhijieshen-0 |
| 116 | omegaoptics | omegaoptics | https://www.ebay.com/usr/omegaoptics |
| 117 | opticalscope | opticalscope | https://www.ebay.com/usr/opticalscope |
| 118 | opticsights6 | opticalsightshop | https://www.ebay.com/usr/opticalsightshop |
| 119 | opticalsightstore | opticalsightstore | https://www.ebay.com/usr/opticalsightstore |
| 120 | opticaltacticalprecision | opticaltacticalprecision | https://www.ebay.com/usr/opticaltacticalprecision |

13

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 121 | opticfactory | opticfactory | https://www.ebay.com/usr/opticfactory |
| 122 | opticplanet | opticplanet | https://www.ebay.com/usr/opticplanet |
| 123 | opticscope | opticscope | https://www.ebay.com/usr/opticscope |
| 124 | Optics.Worldwide | opticworldwide | https://www.ebay.com/usr/opticworldwide |
| 125 | a6j-43 | optizoombarlow | https://www.ebay.com/usr/optizoombarlow |
| 126 | outdoorgearshop | outdoorgearshop | https://www.ebay.com/usr/outdoorgearshop |
| 127 | outdoors-online | outdoors-online | https://www.ebay.com/usr/outdoors-online |
| 128 | cyx*04 | precisionopticshub | https://www.ebay.com/usr/precisionopticshub |
| 129 | b3k-61 | precisionopticspro | https://www.ebay.com/usr/precisionopticspro |
| 130 | Fearathe Nutrition-1 | qingyan16 | https://www.ebay.com/usr/qingyan16 |
| 131 | Bcuelov Nuitrition | qingyan_30258 | https://www.ebay.com/usr/qingyan_30258 |
| 132 | Taoters Nutrition | quchun13 | https://www.ebay.com/usr/quchun13 |
| 133 | rellow | rellow | https://www.ebay.com/usr/rellow |
| 134 | rropticascopeshop | rropticalscopeshop | https://www.ebay.com/usr/rropticalscopeshop |
| 135 | scopestore3 | scopestore3 | https://www.ebay.com/usr/scopestore3 |
| 136 | scope-supreme | scope-supreme | https://www.ebay.com/usr/scope-supreme |
| 137 | Bunkell Supplements | shenzhenshiling0 | https://www.ebay.com/usr/shenzhenshiling0 |
| 138 | sportsmile.mall | sportsmile.mall | https://www.ebay.com/usr/sportsmile.mall |
| 139 | superseller16888 | superseller16888 | https://www.ebay.com/usr/superseller16888 |
| 140 | RiseAutoParts | suzhou80 | https://www.ebay.com/usr/suzhou80 |
| 141 | tacticalcore | tacticalcore | https://www.ebay.com/usr/tacticalcore |
| 142 | tacticalscopezone | tacticalscopezone | https://www.ebay.com/usr/tacticalscopezone |
| 143 | US*Outdoor Sport | technogoodsgalaxy | https://www.ebay.com/usr/technogoodsgalaxy |
| 144 | tf2019 | tf2019 | https://www.ebay.com/usr/tf2019 |
| 145 | shenzhenshiling0 | tingtinghealth | https://www.ebay.com/usr/tingtinghealth |
| 146 | Bunkell Nutrals | tingtings | https://www.ebay.com/usr/tingtings |
| 147 | Bunkell | tingzing | https://www.ebay.com/usr/tingzing |
| 148 | topoptics | topoptics | https://www.ebay.com/usr/topoptics |
| 149 | tzd2059 | tzd2059 | https://www.ebay.com/usr/tzd2059 |
| 150 | universaloptic | universaloptic | https://www.ebay.com/usr/universaloptic |
| 151 | usoptics | usoptics | https://www.ebay.com/usr/usoptics |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 152 | luckly777 | wherethehoodat | https://www.ebay.com/usr/wherethehoodat |
| 153 | wpgq1853 | wpgq1853 | https://www.ebay.com/usr/wpgq1853 |
| 154 | xiaomisu7 | xiaomisu7 | https://www.ebay.com/usr/xiaomisu7 |
| 155 | ZD-Outdoorshop | zdoutdoorshop | https://www.ebay.com/usr/zdoutdoorshop |
| 156 | 5-XYN | zhujii8154 | https://www.ebay.com/usr/zhujii8154 |
| 157 | Z&Z Tactical Official Store | zztactical | https://www.ebay.com/usr/zztactical |
| 158 | JASON HUNTING | 634418213649121 | https://www.temu.com/m-634418213649121.html |
| 159 | hanke scope | 634418214042344 | https://www.temu.com/m-634418214042344.html |
| 160 | Car Emporium | 634418214636632 | https://www.temu.com/m-634418214636632.html |
| 161 | Classy Home | 634418214717029 | https://www.temu.com/m-634418214717029.html |
| 162 | Funny Stickerss | 634418214793737 | https://www.temu.com/m-634418214793737.html |
| 163 | FYLAND R | 634418215190243 | https://www.temu.com/m-634418215190243.html |
| 164 | CBENGALCBD | 634418216126139 | https://www.temu.com/m-634418216126139.html |
| 165 | CaILaiLe | 634418216340757 | https://www.temu.com/m-634418216340757.html |
| 166 | HIOHOPMAN CLOTHING | 634418216548789 | https://www.temu.com/m-634418216548789.html |
| 167 | Make dreams great again | 634418216724863 | https://www.temu.com/m-634418216724863.html |
| 168 | OpticsShop | 634418216793505 | https://www.temu.com/m-634418216793505.html |
| 169 | COTCC | 634418216797151 | https://www.temu.com/m-634418216797151.html |
| 170 | ZhaoCaiLaLe | 634418217144105 | https://www.temu.com/m-634418217144105.html |
| 171 | scopelist | 634418217315838 | https://www.temu.com/m-634418217315838.html |
| 172 | Keschi | 634418217316445 | https://www.temu.com/m-634418217316445.html |
| 173 | REVFT | 634418217491056 | https://www.temu.com/m-634418217491056.html |
| 174 | Medi Supply | 634418217654582 | https://www.temu.com/m-634418217654582.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 175 | Wilderness Supply Depot | 634418217727472 | https://www.temu.com/m-634418217727472.html |
| 176 | Optics Factory | 634418217788719 | https://www.temu.com/m-634418217788719.html |
| 177 | SUPER OPTICS | 634418217828406 | https://www.temu.com/m-634418217828406.html |
| 178 | MAUKV | 634418217847004 | https://www.temu.com/m-634418217847004.html |
| 179 | SHICHUANGB | 634418217869329 | https://www.temu.com/m-634418217869329.html |
| 180 | TRUEDAYlS INC | 634418217905435 | https://www.temu.com/m-634418217905435.html |
| 181 | Red Dot Expert | 634418217915964 | https://www.temu.com/m-634418217915964.html |
| 182 | Combo Optic | 634418217973776 | https://www.temu.com/m-634418217973776.html |
| 183 | VT Optics | 634418218027245 | https://www.temu.com/m-634418218027245.html |
| 184 | SIGMA OUTDOOR | 634418218093446 | https://www.temu.com/m-634418218093446.html |
| 185 | ALPHA PRIME | 634418218143657 | https://www.temu.com/m-634418218143657.html |
| 186 | Tactical Accessory Manufacturer | 634418218192845 | https://www.temu.com/m-634418218192845.html |
| 187 | YGTPK | 634418218200781 | https://www.temu.com/m-634418218200781.html |
| 188 | OASIS TACTICAL | 634418218217785 | https://www.temu.com/m-634418218217785.html |
| 189 | GATORBITE | 634418218222521 | https://www.temu.com/m-634418218222521.html |
| 190 | DESERT TACTICAL | 634418218230097 | https://www.temu.com/m-634418218230097.html |
| 191 | FORTRESS TACTICAL | 634418218230333 | https://www.temu.com/m-634418218230333.html |
| 192 | SOUTH TACTICAL | 634418218230437 | https://www.temu.com/m-634418218230437.html |
| 193 | CENTURY TACTICAL | 634418218230467 | https://www.temu.com/m-634418218230467.html |
| 194 | OPTICS OUTLETS | 634418218230496 | https://www.temu.com/m-634418218230496.html |
| 195 | HOLY WARRIOR | 634418218230532 | https://www.temu.com/m-634418218230532.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 196 | OPP TACTICAL | 634418218230558 | https://www.temu.com/m-634418218230558.html |
| 197 | EasyWLY | 634418218232285 | https://www.temu.com/m-634418218232285.html |
| 198 | WFAZT | 634418218236956 | https://www.temu.com/m-634418218236956.html |
| 199 | ZFVTY | 634418218237265 | https://www.temu.com/m-634418218237265.html |
| 200 | Accurate Hit Outdoor | 634418218259459 | https://www.temu.com/accurate-hit-outdoor-m-634418218259459.html, https://www.temu.com/m-634418218259459.html |
| 201 | VATECS OPTICS | 634418218284790 | https://www.temu.com/m-634418218284790.html |
| 202 | VTOPTICS | 634418218362297 | https://www.temu.com/m-634418218362297.html |
| 203 | FEDKLDKG | 634418218491169 | https://www.temu.com/m-634418218491169.html |
| 204 | TEMUTACTICAL | 634418218580925 | https://www.temu.com/m-634418218580925.html, https://www.temu.com/temutactical-m-634418218580925.html?goods_id=601099835199367&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1751269129111_d5807nv087&refer_page_sn=10032&_x_sessn_id=enrzi0b8z66, https://www.temu.com/temutactical-m-634418218580925.html?goods_id=601099835199367&sticky_type=3&refer_page_name=goods&refer_page_id=10032_1751269129111_d5807nv087&refer_page_sn=10032&_x_sessn_id=enrzi0b8z6 |
| 205 | PowerElectronics | 634418218661782 | https://www.temu.com/m-634418218661782.html |
| 206 | AllWYJ | 634418218687478 | https://www.temu.com/m-634418218687478.html |
| 207 | Optical Hunting | 634418218770152 | https://www.temu.com/m-634418218770152.html |
| 208 | SIG TACTICAL | 634418218925976 | https://www.temu.com/m-634418218925976.html, https://www.temu.com/future-u-m-634418220822066.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 209 | SWAMPFOX OPTICS | 634418218926677 | https://www.temu.com/m-634418218926677.html |
| 210 | AKKKSHOP | 634418219010055 | https://www.temu.com/m-634418219010055.html |
| 211 | Nanbowans | 634418219049978 | https://www.temu.com/m-634418219049978.html |
| 212 | FA SIGHTS | 634418219097166 | https://www.temu.com/m-634418219097166.html |
| 213 | HGYKKHTG | 634418219124556 | https://www.temu.com/m-634418219124556.html |
| 214 | VOSOUTDOOR | 634418219210966 | https://www.temu.com/m-634418219210966.html |
| 215 | Aim Optics | 634418219218789 | https://www.temu.com/m-634418219218789.html |
| 216 | YFG Online | 634418219256001 | https://www.temu.com/m-634418219256001.html |
| 217 | YQtmshopfo | 634418219305053 | https://www.temu.com/m-634418219305053.html |
| 218 | TACGEAR DEPOT | 634418219343514 | https://www.temu.com/m-634418219343514.html, https://www.temu.com/tacgear-depot-m-634418219343514.html?goods_id=601099811083355&sticky_type=3&_x_sessn_id=6ynpvssyud&refer_page_name=goods&refer_page_id=10032_1751269331622_ipexxgv0wl&refer_page_sn=10032 |
| 219 | AdultToysMall | 634418219386207 | https://www.temu.com/m-634418219386207.html |
| 220 | Out Gear | 634418219390201 | https://www.temu.com/m-634418219390201.html |
| 221 | Hanner ZH shop | 634418219444875 | https://www.temu.com/m-634418219444875.html |
| 222 | FOUR T W O | 634418219470447 | https://www.temu.com/m-634418219470447.html |
| 223 | WHCLOTH | 634418219563914 | https://www.temu.com/m-634418219563914.html |
| 224 | XMMHK POP | 634418219594844 | https://www.temu.com/m-634418219594844.html |
| 225 | RSGUTY | 634418219608563 | https://www.temu.com/m-634418219608563.html |
| 226 | TMlenn | 634418219663256 | https://www.temu.com/m-634418219663256.html, |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| | | | https://www.temu.com/tmlenn-m-634418219663256.html?goods_id=601100572930967&sticky_type=3&_x_sessn_id=6ynpvssyud&refer_page_name=goods&refer_page_id=10032_1751272235651_945nqwiadi&refer_page_sn=10032 |
| 227 | BURROW SIGHT | 634418219726567 | https://www.temu.com/m-634418219726567.html |
| 228 | FUSEEND TACTICAL | 634418219749806 | https://www.temu.com/m-634418219749806.html |
| 229 | scopesight | 634418219786624 | https://www.temu.com/m-634418219786624.html |
| 230 | TMWLYB | 634418219841946 | https://www.temu.com/tmwlyb-m-634418219841946.html |
| 231 | TMlennB | 634418219842268 | https://www.temu.com/m-634418219842268.html |
| 232 | TEMUOPTICS | 634418219999501 | https://www.temu.com/m-634418219999501.html, https://www.temu.com/temuoptics-m-634418219999501.html |
| 233 | TACTICAL DEPOT | 634418220001515 | https://www.temu.com/m-634418220001515.html, https://www.temu.com/-depot-m-634418220001515.html |
| 234 | Shionac | 634418220006144 | https://www.temu.com/m-634418220006144.html |
| 235 | DRM TACTICAL | 634418220026233 | https://www.temu.com/m-634418220026233.html |
| 236 | ProOutdoor | 634418220037747 | https://www.temu.com/m-634418220037747.html |
| 237 | Prima Toby | 634418220040829 | https://www.temu.com/m-634418220040829.html |
| 238 | YANGGYIHAO | 634418220077329 | https://www.temu.com/m-634418220077329.html |
| 239 | WXXFDCJJ | 634418220195408 | https://www.temu.com/m-634418220195408.html |
| 240 | SFGDSS | 634418220199098 | https://www.temu.com/m-634418220199098.html |
| 241 | EAGLE OPTICS | 634418220228438 | https://www.temu.com/m-634418220228438.html |
| 242 | TACTICAL OPTICS | 634418220231262 | https://www.temu.com/m-634418220231262.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 243 | TOPTICS | 634418220232975 | https://www.temu.com/m-634418220232975.html |
| 244 | LOCAL SIGHTHOUSE | 634418220233393 | https://www.temu.com/m-634418220233393.html |
| 245 | QCCMENS | 634418220244484 | https://www.temu.com/m-634418220244484.html |
| 246 | OPTICS SMITH | 634418220244683 | https://www.temu.com/m-634418220244683.html |
| 247 | AEECMENS | 634418220245116 | https://www.temu.com/m-634418220245116.html |
| 248 | Tactical King | 634418220245674 | https://www.temu.com/m-634418220245674.html |
| 249 | CCGMENS | 634418220245730 | https://www.temu.com/m-634418220245730.html |
| 250 | SHANGKETAN | 634418220344231 | https://www.temu.com/m-634418220344231.html |
| 251 | Eiiwaa | 634418220376445 | https://www.temu.com/m-634418220376445.html |
| 252 | LAITANG | 634418220436368 | https://www.temu.com/m-634418220436368.html |
| 253 | OMG OPTICS | 634418220463749 | https://www.temu.com/m-634418220463749.html |
| 254 | Wakk Outdoor | 634418220500022 | https://www.temu.com/m-634418220500022.html |
| 255 | Eagle Eye Outdoor | 634418220500035 | https://www.temu.com/m-634418220500035.html |
| 256 | Jungle Hunter Outdoor Product | 634418220510138 | https://www.temu.com/m-634418220510138.html |
| 257 | Shooting and hunting manufacture | 634418220685740 | https://www.temu.com/m-634418220685740.html |
| 258 | BBTEMUJB | 634418220788446 | https://www.temu.com/m-634418220788446.html |
| 259 | SIG TACTICAL LOCAL | 634418220822066 | https://www.temu.com/m-634418220822066.html |
| 260 | Global Trend Shop | 634418220893876 | https://www.temu.com/m-634418220893876.html |
| 261 | xxxxxue | 634418221057097 | https://www.temu.com/m-634418221057097.html |
| 262 | CoveSociety | 634418221077449 | https://www.temu.com/m-634418221077449.html |
| 263 | Pride Threads | 634418221082514 | https://www.temu.com/m-634418221082514.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 264 | LSFSSD | 634418221307937 | https://www.temu.com/m-634418221307937.html |
| 265 | JIANYUANA | 634418221322808 | https://www.temu.com/m-634418221322808.html |
| 266 | JIAMEIAB | 634418221359987 | https://www.temu.com/m-634418221359987.html |
| 267 | HLKHBA | 634418221391118 | https://www.temu.com/m-634418221391118.html |
| 268 | JuCaiPen | 634418221434066 | https://www.temu.com/m-634418221434066.html |
| 269 | LYgx | 634418221491011 | https://www.temu.com/m-634418221491011.html |
| 270 | BBDESDSN | 634418221565500 | https://www.temu.com/m-634418221565500.html |
| 271 | FVFEWODR | 634418221641371 | https://www.temu.com/m-634418221641371.html |
| 272 | GXEASY | 634418221646085 | https://www.temu.com/m-634418221646085.html |
| 273 | CLKzhijia | 634418221651106 | https://www.temu.com/m-634418221651106.html |
| 274 | For VISODAD | 634418221716393 | https://www.temu.com/m-634418221716393.html |
| 275 | exueone | 634418221755435 | https://www.temu.com/m-634418221755435.html |
| 276 | Aventurejingsh | 634418221871297 | https://www.temu.com/m-634418221871297.html |
| 277 | AAATXM | 634418221902607 | https://www.temu.com/m-634418221902607.html |
| 278 | LiSTHING | 634418221956514 | https://www.temu.com/m-634418221956514.html |
| 279 | topputian | 634418221964190 | https://www.temu.com/m-634418221964190.html |
| 280 | Trendy Hat Commune aaa | 634418222047653 | https://www.temu.com/m-634418222047653.html |
| 281 | TTDBD | 634418222091688 | https://www.temu.com/m-634418222091688.html |
| 282 | HOLOTEMU LOCAL | 634418222116837 | https://www.temu.com/sigtemu-local-m-634418222116837.html, https://www.temu.com/m-634418222116837.html |
| 283 | TTDBDL | 634418222118423 | https://www.temu.com/m-634418222118423.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 284 | SCOPEworld | 634418222214926 | https://www.temu.com/m-634418222214926.html |
| 285 | HUNTING SHOW | 634418222379194 | https://www.temu.com/m-634418222379194.html |
| 286 | Eagle Eye optics Outdoors | 634418222596979 | https://www.temu.com/m-634418222596979.html |
| 287 | XIANJIANBAIHUO | 634418222670000 | https://www.temu.com/m-634418222670000.html |
| 288 | hfqq | 634418223851564 | https://www.temu.com/hfqq-m-634418223851564.html |
| 289 | Sight specialized shop | 634418223874555 | https://www.temu.com/sight--shop-m-634418223874555.html |
| 290 | LEA OPTIC | 634418224044165 | https://www.temu.com/lea-optic-m-634418224044165.html?goods_id=601101810793246&sticky_type=3&_x_sessn_id=6ynpvssyud&refer_page_name=goods&refer_page_id=10032_1751268632303_z4qlhtonii&refer_page_sn=10032 |
| 291 | K271470'shop | 635517732640761 | https://www.temu.com/m-635517732640761.html |
| 292 | J492803'shop | 635517732748118 | https://www.temu.com/m-635517732748118.html |
| 293 | The Vintage Porch | 635517732951449 | https://www.temu.com/m-635517732951449.html |