IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIG SAUER INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 25-cv-13836 <br><br> Judge Elaine E. Bucklo <br> Magistrate Judge Daniel P. McLaughlin |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Sig Sauer Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Defendant No. |
|---|---|
| EWOLF Store | 21 |
| EasonTac Store | 32 |
| cmyshishu | 81 |
| Fearathe Nutrition-1 | 130 |
| Bcuelov Nuitrition | 131 |
| 5-XYN | 156 |
| Keschi | 172 |

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

1

2

Dated: January 30, 2026                                  Respectfully submitted,

                                                                                                Sig Sauer Inc.,

                                                                                                 By:   /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874